VITO PASSANANTE et al., Appellants, *v.* ROTHENBERG CRULLER BAKERY, INC., Respondent.

Submitted June 17, 1942; decided July 29, 1942.

*Thomas O'Rourke Gallagher* for appellants.

*Frederick Mellor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.